Lessee of JOHN DICKINSON *against* JOHN NICHOLSON.

Writ of *estrepement* does not issue of course : but must be founded on an affidavit.
But on application to a judge in vacation, he may direct the rule.

MR. MOSES LEVY moved that a writ of *estrepement* might issue. He urged that there was strong reason to suspect a commission of waste. The defendant had purchased the lands from the lessor of the plaintiff, but had paid no part of the stipulated price and now refuse to deliver up possession, though totally insolvent.

By the court. We proceed by general rules, to which every case must apply. It is settled, that a writ of *estrepement* does not go of course, but must be grounded on an affidavit of actual waste done, or permitted. If such waste shall be committed in the vacation, apply to a judge of the court, and upon a rule to show cause, and a proper affidavit made, he will direct the rule that such writ shall issue.

Motion denied.